Cosmopolitan State Bank, appellant, v. Lake Shore Trust & Savings Bank, appellee. Gen. No. 34,091.

O'Connor, J., dissents. Opinion filed April 28, 1930. Rehearing denied May 12, 1930.

Eugene P. Kealy, for appellant. Alden, Latham & Young, for appellee; Hobart P. Young, of counsel.

Mr. Justice Matchett delivered the opinion of the court.

H. O. Stone & Company, appellant, v. E. Conser and Nellie Conser, appellees. Gen. No. 34,112.

Opinion filed April 28, 1930.

Adams & Adams, for appellant; Leland E. Falder, of counsel. Edward Graff, for appellees.

Mr. Justice Matchett delivered the opinion of the court.

William B. Mundie and Elmer C. Jensen, trading as Mundie & Jensen, appellants, v. Jay W. Rapp, appellee. Gen. No. 34,133.

Opinion filed April 28, 1930.

Kern, Stiefel & Stiefel, for appellants; Jacob J. Kern and Charles W. Stiefel, Jr., of counsel. No appearance for appellee.

Mr. Justice Matchett delivered the opinion of the court.

Rudolph Kelker and Charles E. De Leuw, trading as Kelker, De Leuw & Company, appellees, v. Robert E. McLain, appellant. Gen. No. 34,145.

Opinion filed April 28, 1930. Rehearing denied May 12, 1930.

A. L. Schaf, for appellant. Tenney, Harding, Sherman & Rogers, for appellees; S. Ashley Guthrie, of counsel.

Mr. Justice Matchett delivered the opinion of the court.